# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>ZHIPENG DAI,<br><br>           Defendant. | Case No. 2:25-cr-00186-RFB-MDC<br><br>**Order**<br><br>[Docket Nos. 28, 30] |

Pending before the Court is Defendant Zhipeng Dai's motion for reconsideration. Docket No. 30.

Reconsideration may be warranted when: (1) the Court is presented with newly discovered evidence, (2) the Court committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law. *United States v. Bundy*, 406 F. Supp. 2d 932, 935 (D. Nev. 2018), *aff'd*, 968 F.3d 1019 (9th Cir. 2020).

On August 8, 2025, the Court ordered Defendant to pay $1,000 per month to bear some of the cost of his Court-appointed counsel. Docket No. 6. Defendant now indicates that his employment status has changed. Docket No. 30. While that may be a new circumstance, the record also reflects that Defendant continues to have cash, real estate, stocks, and other assets available to him. *See* Docket No. 29; *see also* Docket No. 7 (providing additional descriptions of some of the assets). The instant motion fails to explain why a relatively modest payment is not still warranted in light of Defendant's cash and assets. As funds are available for payment, the Court is not persuaded that reconsideration is warranted. *See* 18 U.S.C. § 3006A(f).

Accordingly, the Court **DENIES** Defendant's motion for reconsideration (Docket No. 30). The Court **GRANTS** Defendant's motion to seal (Docket No. 28).

IT IS SO ORDERED.

DATED: September 8, 2025

_____
Nancy J. Koppe
United States Magistrate Judge